UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI

UNITES STATES OF AMERICA

v.   Case No.: 1:19-cr-00081
     Judge Matthew McFarland

ANTHONY RATTINI,
JAMES BARCLAY,
DEVONNA MILLER-WEST,
SAMUEL R. BALLENGEE, and
MIAMI-LUKEN INC.

**DEFENDANT SAMUEL R. BALLENGEE'S
MOTION TO CONTINUE**

NOW COMES the Defendant, Samuel R. Ballengee, by counsel, and moves the Court to continue the trial of this action from the scheduled date of January 5, 2022, to a date in the Spring 2022, for the following reasons:

1. The COVID 19 pandemic continues with cases reportedly rising, especially due to the latest variant, Omicron. The Delta variant also continues. These conditions raise the possibility of unplanned delays, of or interruptions to, the progress of the trial.

2. Defendant intends to call as witnesses at trial, customers who filled prescriptions for pain medications at his pharmacy, and who reside in Southern West Virginia and Eastern Kentucky. Some such witnesses suffer debilitating medical conditions that make it difficult for them to travel on potentially icy or snowy mountain roads in the winter. Defendant thus risks losing potential defense witnesses.

3. On November 5, 2021 the Supreme Court granted review in two cases, Ruan v. United States and Kahn v. United States. These cases, collectively, involve questions

regarding the good faith defense for physicians charged with unlawful prescribing pain medications, and also relating to the elements of the offense as relate to "usual course of the practitioner's practice." Resolution of those cases implicate issues for trial.

4. Defendant knows and understands his rights to a speedy trial pursuant to the United States Constitution and Speedy Trial Act, and he knowingly has made an informed and intelligent decision to waive the same.

5. In these totality of the circumstances, the ends of justice will be served by the continuance sought herein.

Respectfully submitted,

SAMUEL R. BALLENGEE
By counsel,

   /s/ S. Benjamin Bryant
John A. Kessler (WV Bar No. 2027)
S. Benjamin Bryant (WV Bar No. 520)
Carey, Douglas, Kessler & Ruby, PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
jakessler@csdlawfirm.com
sbbyrant@csdlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI

**UNITES STATES OF AMERICA**

v.                                         Case No.: 1:19-cr-00081
                                                 Judge Matthew McFarland

**ANTHONY RATTINI,
JAMES BARCLAY,
DEVONNA MILLER-WEST,
SAMUEL R. BALLENGEE, and
MIAMI-LUKEN INC.**

## CERTIFICATE OF SERVICE

I, S. Benjamin Bryant, hereby certify that on the 10th day of December, 2021, I electronically filed **"Defendant Samuel R. Ballengee's Motion to Continue"** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following CM/ECF participants:

Kevin R. Conners, Esq.
Two Miranova Place
Columbus, OH 43215
614-795-1000
kevinconners@kevinconners.com
*Counsel for Defendant, Anthony Rattini*

Mark Robert Chilson, Esq.
Chilson Law Office, LLC
10619 Falls Creek Lane
Dayton, OH 45458
937-286-2989
mchilson@chilsonlaw.com
*Counsel for Defendant, James Barclay*

William J. Hughes, Jr., Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate parkway
Morristown, NJ 07962
609-442-9197
wjhughes@pbnlaw.com
*Counsel for Defendant, James Barclay*

Bradley Davis Barbin, Esq.
52 West Whittier Square
Columbus, OH 43206
614-445-8416
bbarbin@BarbinLaw.com
*Counsel for Defendant, Devonna Miller-West*

Laura Irene Hillerich, Esq.
Robert Joseph Thumann, Esq.
Crehan & Thumann, LLC
404 E. 12th Street
2nd Floore
Cincinnati, OH 45202
513-381-1700
531-381-5050
hillerich@ctlawcincinnati.com
thumann@ctlawcincinnati.com
*Counsel for Defendant, Samuel R. Ballengee*

Richard H. Blake, Esq.
McDonald Hopkins
600 Superior Ave., East
Suite 2100
Cleveland, OH 44114
rblake@mcdonaldhopkins.com
*Counsel for Defendant, Miami-Luken Inc.*

William J. Beckley, Esq.
McDonald Hopkins LLC
250 West Street
Suite 550
Columbus, OH 43215
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
wbeckley@mcdonaldhopkins.com
*Counsel for Defendant, Miami-Luken Inc.*

Maritsa Ann Flaherty, Esq.
United States Attorney's Office
Southern District of Ohio
303 Marconi Boulevard
Suite 200
Columbus, OH 43215
614-255-1611
maritsa.flaherty@usdoj.gov
*Counsel for Plaintiff, USA*

Timothy D. Oakley, Esq.
Unites States Attorney's Office
Atrium II
221 E. Fourth Street
Suite 400
Cincinnati, OH 45202
Tim.Oakley@usdoj.gov
*Counsel for Plaintiff, USA*

    /s/ S. Benjamin Bryant
S. Benjamin Bryant, WVSB No. 520